IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00091-REB-KMT

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Re: Cross-motions for Summary Judgment** [#82] entered by Judge Robert E. Blackburn on January 27, 2014, which order is incorporated herein by this reference.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Universal's Motion for Summary Judgment** [#57], filed November 21, 2013, is **GRANTED IN PART** and **DENIED AS MOOT IN PART** as follows:

        a. That the motion is **GRANTED** to the extent it contends that plaintiff's claims are barred by limitations; and

        b. That in all other respects, the motion is **DENIED AS MOOT**;

    2. That **Plaintiff's Motion for Partial Summary Judgment** [#55], filed November 4, 2013, is **DENIED**;

    3. That **Plaintiff's Motion To Exclude Defendant's Expert and Strike**

**Defendant's Expert Report** [#56], filed November 7, 2013, is **DENIED AS MOOT**;

    4. That **Plaintiff's Motion for Leave To File Surreply to Defendant's Reply in Support of Defendant's Motion for Summary Judgment** [#70], filed January 8, 2014, is **DENIED**;

    5. That plaintiff's claim against defendant for breach of contract is **DISMISSED WITH PREJUDICE** as barred by limitations;

    6. That **JUDGMENT with prejudice IS ENTERED** in favor of defendant, Universal American Mortgage Company, LLC, against plaintiff, Lehman Brothers Holdings, Inc., on all claims for relief and causes of action asserted in this action;

    7. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 28th day of January, 2014.

                            FOR THE COURT:

                            Jeffrey P. Colwell, Clerk

                            By: s/Kathleen Finney
                                 Kathleen Finney
                                 Deputy Clerk