## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-00091-REB-KMT

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on **Plaintiff's Motion For Stay Pursuant To Fed. R. Civ. P. 62(b)(3)** [#87][2] filed February 26, 2014. It has come to the court's attention that the clerk will be rescheduling this matter for a date to be determined, due to a conflict with the clerk's calendar.

    **THEREFORE, IT IS ORDERED** that **Plaintiff's Motion For Stay Pursuant To Fed. R. Civ. P. 62(b)(3)** [#87] filed February 26, 2014, is **DENIED** as moot.

    Dated: March 17, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#87]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.