**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00091-REB-KMT

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on the **Stipulation to Stay Proceedings Related to Defendant's Bill of Costs Pending Resolution of Plaintiff's Motion Filed Pursuant to FED. R. CIV. P. 59** [#90][2] filed March 26, 2016.  After reviewing the stipulation and the record, the court has concluded that the stipulation should be approved and that the proceedings related to the defendant's Bill of Costs should be stayed pending the resolution of the **Plaintiff's Motion to Amend and/or Modify The Judgment Entered January 28, 2014 Pursuant to FED. R. CIV. P. 59** [#86] filed February 25, 2014.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation to Stay Proceedings Related to Defendant's Bill of Costs Pending Resolution of Plaintiff's Motion Filed Pursuant to FED. R. CIV. P. 59** [#90] filed March 26, 2014, is **APPROVED**;

    2.  That the proceedings to enforce the court's judgment, including the award of costs, are **STAYED** pending resolution of the **Plaintiff's Motion to Amend and/or Modify The Judgment Entered January 28, 2014 Pursuant to FED. R. CIV. P. 59** [#86] filed February 25, 2014; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#90]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      3.  That if the Rule 59 motion is denied, then the parties shall contact the clerk to reset the hearing on defendant's bill of costs within 10 days of the court's order on the Rule 59 motion.

      Dated:  March 26, 2014